```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HAI DONG LI,                                                :
                                                            :
                          Plaintiff,                        :
                                                            :         19-CV-11629 (VSB)
             -against-                                      :
                                                            :              **ORDER**
ALI BABA GROUP HOLDING LTD., et al.,                        :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On February 18, 2020, Defendant Alibaba Group Holding Limited ("Defendant Alibaba") filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6). (Doc. 10.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby:

ORDERED that Plaintiff shall file any amended complaint by March 4, 2020. It is unlikely that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by March 13, 2020. Defendant Alibaba's reply, if any, shall be served by March 27, 2020. At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: February 19, 2020
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge