UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HAI DONG LI,

                        Plaintiff,

     -against-                                           19 **CIVIL** 11629 (VSB)

**JUDGMENT**

ALI BABA GROUP HOLDING LTD, et al.,

                        Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 7, 2021, Alibaba's motion to dismiss is GRANTED, and its motion for sanctions is GRANTED in part and DENIED in part. The motion to strike is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York

       September 8, 2021

                                                                    RUBY J. KRAJICK

                                                                    Clerk of Court

                                     BY:

                                                                    Deputy Clerk