```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HAI DONG LI,                                                :
                                                            :
                        Plaintiff,                          :
                                                            :        19-CV-11629 (VSB)
            -against-                                       :
                                                            :            ORDER
ALI BABA GROUP HOLDING LTD., et al.,                        :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On October 22, 2025, Plaintiff filed a motion to withdraw his counsel of record, Ning Ye, and to proceed pro se. (Doc. 49 (the "Motion").) The Motion states that "[t]he attorney-client relationship has completely broken down due to irreconcilable differences, lack of communication, and serious ethical concerns regarding counsel's conduct." *Id.* ¶ 2. The Motion provides that "Attorney Ye asserts no retaining or charging lien," (*id.* ¶ 17), but Local Civil Rule 1.4 requires a "showing by affidavit or otherwise . . . whether or not the attorney is asserting a retaining or charging lien." Accordingly, it is hereby:

ORDERED that Plaintiff's counsel shall, by October 31, 2025, submit an affidavit stating whether counsel is asserting a retaining or charging lien.

SO ORDERED.

Dated:   October 23, 2025
         New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge