UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
HAI DONG LI,                                              :
:
                              Plaintiff,                 :
:                          19-CV-11629 (VSB)
             -against-                                   :
:                                **ORDER**
ALI BABA GROUP HOLDING LTD., et al.,   :
:
                              Defendants.  :
:
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On October 22, 2025, Plaintiff filed a motion to withdraw his counsel of record, Ning Ye

("Ye"), and to proceed pro se.  (Doc. 49.)  On October 31, 2025, Ye submitted an affidavit in

response to Plaintiff's motion to withdraw Ye as his counsel, agreeing to withdraw as counsel

and asserting a "fee lien" of $120,000 to protect his entitlement to fees and expenses incurred

during his representation of Plaintiff.  (Doc. 51 ¶¶ 5, 8, 19, 22.)

On November 3, 2025, Plaintiff filed a "Motion to Deny Former Attorney Ning Ye's

Asserted Charging Lien," (Doc. 52 ("Motion to Deny")), along with exhibits, (Doc. 52-1–3), and

a supporting memorandum of law, (Doc. 55).  On November 3, 2025, Plaintiff also filed a

motion for sanctions against Ye, (Doc. 53 ("Sanctions Motion")), along with supporting

memorandum of law, (Doc. 56).  Plaintiff also filed a declaration in support of both the Motion

to Deny and the Sanctions Motion.  (Doc. 54.)

On November 3, 2025, I issued an order directing Ye to respond to Plaintiff's Motion to

Deny and Motion for Sanctions by November 17, 2025.  I also ordered that Ye's response should

clarify whether he is asserting both a charging and a retaining lien and shall comply with Local

Civ. R. 7.1(a).  On December 15, 2025, Plaintiff filed a letter requesting a ruling on Plaintiff's Motion to Deny and Motion for Sanctions.  To date, Ye has not filed a response to Plaintiff's Motion to Deny or Motion for Sanctions.

Accordingly, it is hereby ORDERED that Ye shall, by **January 7, 2026**, respond to Plaintiff's Motion to Deny and Motion for Sanctions, and clarify whether he is asserting both a charging and a retaining lien, in compliance with Local Civ. R. 7.1(a).  If Ye fails to respond to the Motion to Deny and Motion for Sanctions, I will deem the motions unopposed and will decide the motions without the benefit of Ye's opposition.  Plaintiff shall file a reply, if any, to his Motion to Deny and Motion for Sanctions by **January 14, 2026**.

SO ORDERED.

Dated:         December 30, 2025
               New York, New York

Vernon S. Broderick
United States District Judge